UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| OSMAN YUSEF JAMA, | ) | CASE NO. C08-0039-MJP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | REPORT AND RECOMMENDATION |
| | ) | |
| INS, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

Plaintiff Osman Yusef Jama, proceeding *pro se*, filed an application to proceed *in forma pauperis* (IFP) in his petition for hearing on his naturalization application. (Dkt. 1.) His IFP application was incomplete and the Court directed plaintiff to file a complete IFP application within twenty days. (Dkt. 3.) Plaintiff failed to file anything in response to the Court's order and, on February 12, 2008, the Court issued an order denying plaintiff's IFP application and advising him that this action would only proceed if he paid the full filing fee within thirty days. (Dkt. 4.) To date, the Court has not received a filing fee from plaintiff.

Given the above, the Court recommends that this matter be dismissed without prejudice

REPORT AND RECOMMENDATION
PAGE -1

for failure to pay the required filing fee. A proposed Order of Dismissal accompanies this Report and Recommendation.

DATED this 5th day of May, 2008.

/s/ Mary Alice Theiler
Mary Alice Theiler
U.S. Magistrate Judge

REPORT AND RECOMMENDATION
PAGE -2