FILED ___ ENTERED
LODGED ___ RECEIVED

JUN 6 - 2008

AT SEATTLE
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY ___ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| OSMAN YUSEF JAMA, | ) | CASE NO. C08-0039-MJP |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | ORDER DISMISSING CASE |
| INS, | ) | |
| Defendant. | ) | |

The Court, having reviewed the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1) The Court adopts the Report and Recommendation;

(2) This matter is DISMISSED without prejudice; and,

(3) The Clerk is directed to send copies of this Order to plaintiff and to Judge Theiler.

DATED this 5 day of June, 2008.

MARSHA J. PECHMAN
United States District Judge

08-CV-00039-ORD

ORDER DISMISSING CASE
PAGE -1